# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DANNY TAYLOR,<br><br>           Appellant,<br><br>        vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF CORRECTIONS;<br>SERGEANT GENTRY; AARON<br>HARROUN; RICHARD WEIRSMA;<br>ROBERT LEGRAND; AND THE STATE<br>OF NEVADA,<br><br>           Respondents. | No. 83745 ✓ |

FILED

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

| | |
|---|---|
| DANNY TAYLOR,<br><br>           Appellant,<br><br>        vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF CORRECTIONS;<br>SERGEANT GENTRY; AARON<br>HARROUN; RICHARD WEIRSMA;<br>ROBERT LEGRAND; AND THE STATE<br>OF NEVADA,<br><br>           Respondents. | No. 83746 |

## ORDER DISMISSING APPEALS

Docket No. 83745 is a pro se appeal from an order denying motion for evidence establishing damages. Docket No. 83746 is a pro se appeal from an order denying a motion for summary judgment. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. Specifically, neither order designated in the notice of appeal is substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule

21- 33734

provides for an appeal from an order denying motion for evidence establishing damages or from an order denying summary judgment.

Accordingly, this court lacks jurisdiction, and

ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Jim C. Shirley, District Judge
       Danny Taylor
       Attorney General/Carson City
       Clerk of the Court/Court Administrator